**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **26−17338 − MCR** Chapter: **11**

**3CLogic, Inc.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 1 − Chapter 11 Voluntary Petition Non−Individual . Fee Amount $1738 Filed by 3CLogic, Inc.. Chapter 11 Plan Exclusivity expires 11/6/2026. Government Proof of Claim due by 01/5/2027. Schedule A/B due 07/23/2026. Schedule D due 07/23/2026. Schedule E/F due 07/23/2026. Schedule G due 07/23/2026. Schedule H due 07/23/2026. Statement of Financial Affairs due 07/23/2026. Summary of Assets and Liabilities due 07/23/2026. Incomplete Filings due 07/23/2026 (Nesse, Janet)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 7/24/26. Missing Equity Security Holders.**

CURE: Please file the Equity Security Holders.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 7/10/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301−344−3393

cc: Debtor
Attorney for Debtor − Janet M. Nesse

defntc (rev. 09/01/2025)