**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **26−17338 − MCR** Chapter: **11**

**3CLogic, Inc.**
Debtor

# NOTICE OF HYBRID HEARING

In person hearing Courtroom 3−C Greenbelt, Judge Chavez−Ruark.

PLEASE TAKE NOTICE that a hearing will be held on 9/17/26 at 11:30 AM

to consider and act upon the following:

82 − Motion of the Debtor for Entry of an Order Approving Bid Protections Subject to Execution of a Definitive Asset Purchase Agreement and Granting Related Relief Filed by 3CLogic, Inc.. (Attachments: # 1 Proposed Order) (Fasano, Justin)

91 − Objection on behalf of US Trustee − Greenbelt Filed by L. Jeanette Rice (related document(s)82 Motion for Miscellaneous Relief filed by Debtor 3CLogic, Inc.). (Rice, L.)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/10/26

Mark A. Neal, Clerk of Court
by Courtroom Deputy Clerk, Jennifer Whitfield