**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

**In re:**

| | | |
|---|---|---|
| **3CLOGIC, INC.** | * | **Case No. 26-17338-MCR** |
| | * | **Chapter 11** |
| **Debtor.** | * | |

* * * * * * * *

**NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS**

YOU ARE HEREBY NOTIFIED that the initial section 341 meeting of creditors for the above-captioned case scheduled for September 16, 2026 at 1:00 has been continued to **September 29, 2026 at 10:00 a.m.** The continued meeting will be conducted via telephonic conference. To participate in the continued telephonic 341 meeting of creditors, please call **1-888-330-1716** and enter passcode **2792558**. If you have any questions, please contact counsel listed below.

Dated: September 16, 2026

Respectfully submitted,

/s/ *Justin Fasano*

Justin P. Fasano (Bar No. 28659)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on the September 16, 2026, I caused a copy of the foregoing to be served by CM/ECF to all parties receiving notice thereby, including

Courtney L. Morgan courtney.l.morgan@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

Janet M. Nesse jnesse@mhlawyers.com,
jfasano@mhlawyers.com,
cpalik@mhlawyers.com,
jnesse@ecf.inforuptcy.com,
tmackey@mhlawyers.com,
cmartin@mhlawyers.com,
kfeig@mhlawyers.com,
BKrell@mhlawyers.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

I further certify that on September 16, 2026, I caused a copy of the foregoing to be mailed by CM/ECF to the attached service list.

/s/ Justin P. Fasano
Justin P. Fasano