Entered: October 16th, 2026

Signed: October 16th, 2026

**SO ORDERED**

This Order amends the Order at ECF No. 133 to reflect that the Debtor and Debtor's counsel must appear in person at the scheduled hearing and all other parties may appear via videoconference.

Maria Ellena Chavez-Ruark

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re: | |
| 3CLOGIC, INC., | Case No. 26-17338-MCR<br>Chapter 11 |
| *Debtor and Debtor-in-Possession.* | |

**ORDER GRANTING EXPEDITED HEARING ON AND SHORTENED DEADLINE TO OBJECT TO DEBTOR'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT BETWEEN THE DEBTOR AND RCF2, LLC AS SECURED LENDER AND GRANTING RELATED RELIEF**

Upon consideration of the *Motion for Approval of Compromise and Settlement* between the 3CLogic, Inc. and RCF2, LLC as its secured lender (the "Secured Lender"), filed by the debtor 3CLogic, Inc. (the "Debtor"), by and through its counsel; and the Court finding that (a) it has jurisdiction over the matters raised in Debtor's *Motion for Expedited Hearing and Shortened Deadline to Object* (the "Motion to Expedite") pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary pursuant to Bankruptcy Rule 9006(c)(1) ; and the Court finding that the relief requested in the Motion to Expedite is in the best interests of the estate, creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Debtor's Motion to Expedite is granted in its entirety; and it is

**ORDERED** that an expedited hearing on the Debtor's *Motion for Approval of Compromise and Settlement* will be scheduled for **October 22, 2026, at 1:00 PM**, or such other time and date set above at the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770, in Courtroom 3-C or virtually via Zoom; and it is

**ORDERED** that objections to the relief sought in Debtor's *Motion for Approval of Compromise and Settlement* shall be filed with the Court no later than **October 20, 2026**, or such; and it is further

**ORDERED** that the Debtor as movant shall serve a copy of this order on all parties in interest served with the Motion to Expedite and file a certificate of service as soon as practicable, pursuant to Maryland Local Bankruptcy Rule 9013-6(c).

**END OF ORDER**

**Copies to: All parties receiving notice via CM/ECF and**

**The Office of the United States Trustee**
**6305 Ivy Lane**
**Suite 600**
**Greenbelt, MD 20770**