**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-17338-MCR |
| 3CLOGIC, INC., | ) | Chapter 11 |
| | ) | |
| *Debtor and Debtor-in-Possession*. | ) | |

**LINE ATTACHING NOTICE OF SUCCESSFUL BIDDER**

3CLogic, Inc., as the debtor and debtor-in-possession, (the "Debtor") by and through undersigned counsel, files this Line attaching Notice of the Successful Bidder. The Debtor hereby provides notice that Partner One Acquisitions, Inc., and 3CL, LLC, are collectively the successful bidder with a purchase price of $24,281,379.00.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2026, the Agreed Bid Procedures were served via CM/ECF electronic transmission upon the parties receiving electronic notice, and via mail in the manner stated upon the following parties:

Via CF/ECF:

- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com; brent-strickland-3227@ecf.pacerpro.com
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Via first-class mail, postage prepaid:

American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041
Date: October 22, 2026

/s/ *Janet M. Nesse*____________________

Janet M. Nesse, Esq. (#07804)
Justin P. Fasano, Esq. (#28659)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
cpalik@mhlawyers.com
(301) 441-2420
(301) 982-9450 (f)
*Counsel to the Debtor*