**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing: YES
Exhibits Filed: YES

PROCEEDING MEMO − CHAPTER 11

**Case: 26-17338-MCR** Date: 10/22/2026 at 1:00 p.m.
**3CLogic, Inc.**

Appearances: Janet M. Nesse, counsel for Debtor
Brent Strickland, counsel for RCF2, LLC (by video)
W. Austin Jowers, counsel for RCF2, LLC (by video)
Jordan Leu, counsel for RCF2, LLC (by video)
L. Jeanette Rice, Office of the United States Trustee

Also present: Denis Seynhaeve, Debtor's representative (President and CEO)
Brian Henley, representative of RCF2, LLC (observing by video)
Matt Smith, representative of RCF2, LLC (observing by video)
Dale Davis, counsel for EDA Capital Partners (observing by video)
Jake Gordon, counsel for Partner One Capital (observing by video)
Edward Green, counsel for Partner One Capital (observing by video)

[101] Motion to Sell Authorizing the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief Free and Clear of Liens and Notice of Motion. Fee Amount $0.00. Notice Served on 9/18/2026, Filed by 3CLogic, Inc. Objections due by 10/13/2026. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 10/22/2026 at 1:00 p.m.- Courtroom 3-C. (Attachments: # 1 Notice of Motion # 2 Exhibit # 3 Proposed Order)

[121] Motion *(Debtor's Motion for Entry of an Order Approving Settlement with Secured Lender RCF2, LLC)de* Filed by 3CLogic, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)

COMMENTS: The Debtor proffered the testimony of Mr. Seynhaeve.

The Court granted the settlement motion and sale motion. The sale order will not attach the APAs but will attach Schedule 1 (the schedule of executory contracts and unexpired leases with proposed cure amounts). The sale order will include a 21-day notice procedure for assumption and cure amounts. RCF will be paid at closing, the Debtor's counsel will hold $1.5M in escrow for payment of any cure amounts, and the Debtor will hold the balance in escrow subject to further Court order, though the Debtor may pay ordinary operating expenses up to $10,000 per item and no more than $250,000 in the aggregate. The order will add to the end of

paragraph 25 that the paragraph is not intended to expand any person's rights (or words to that effect), and the order will include a release of the Debtor by the buyers. The parties will sign addenda for each APA, and the order will state that, within three business days of closing, the Debtor will file copies of the final APAs with all addenda/amendments.

The sale proceeds will be sufficient to pay all claims in full. There was no broker so there are no broker's commissions.

The Court found that the sale meets the requirements of Section 363(b), (f), (m), and (n), and the Court will waive the 14-day stay imposed by Bankruptcy Rules 6004 and 6006.

The Court noted that the current cash collateral order expires 11/14/26, the next cash collateral hearing is 11/12/26, and the cash collateral order requires closing by 11/13/26.

The Debtor anticipates filing a plan or a motion for a structured dismissal.

DISPOSITION: Hearing held. Sale motion [101] granted. Debtor to upload revised order for Court's consideration. Settlement motion [121] granted. Court will enter Debtor's proposed order.